# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 13-5345** | **September Term, 2013** |
| | 1:12-cv-01883-BAH |
| | Filed On: November 25, 2013 [1467663] |

Ryan Noah Shapiro, et al.,

    Appellees

    v.

United States Department of Justice,

    Appellant

### O R D E R

    The notice of appeal was filed on November 18, 2013, and docketed in this court on November 25, 2013. It is, on the court's own motion,

    **ORDERED** that appellant submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 26, 2013 |
| Docketing Statement Form | December 26, 2013 |
| Entry of Appearance Form | December 26, 2013 |
| Procedural motions, if any | December 26, 2013 |
| Statement of Intent to Utilize Deferred Joint Appendix | December 26, 2013 |
| Statement of Issues to be Raised | December 26, 2013 |
| Transcript Status Report | December 26, 2013 |
| Underlying Decision from Which Appeal or Petition Arises | December 26, 2013 |
| Dispositive Motions, if any (Original and 4 copies) | January 9, 2014 |

It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 13-5345**                                                    **September Term, 2013**

**FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | December 26, 2013 |
| Entry of Appearance Form | December 26, 2013 |
| Procedural motions, if any | December 26, 2013 |
| Dispositive Motions, if any (Original and 4 copies) | January 9, 2014 |

It is

**FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

**FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:   /s/
Ken R. Meadows
Deputy Clerk

The following forms and notices are available on the Court's website:

Civil Docketing Statement Form
Entry of Appearance Form
Transcript Status Report Form
Request to Enter Appellate Mediation Program
Notice Concerning Expedition of Appeals and Petitions for Review
Stipulation to be Placed in Stand-By Pool of Cases