UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

13-5345
(C.A. No. 12-1883)

RYAN NOAH SHAPIRO, *et al.*,　　　　　　　　　　　　　　　　Appellees,

　　　v.

UNITED STATES DEPARTMENT　　　　　　　　　　　　　　　Appellant.
OF JUSTICE,

## APPELLANT'S CONSENT MOTION FOR VOLUNTARY DISMISSAL

　　　The United States Department of Justice ("Appellant") respectfully moves for voluntary dismissal of this appeal, pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure. Appellant will pay $700 to cover Appellees' attorneys' fees and costs incurred in this appeal. Appellees consented to this motion via electronic mail communication with government counsel today.

　　　　　　　　　　　　　　　　　　　　RONALD C. MACHEN JR.
　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　R. CRAIG LAWRENCE
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

　　　　　　　　　　　　　　　　　　　　*/s/ Kenneth Adebonojo*
　　　　　　　　　　　　　　　　　　　　KENNETH ADEBONOJO
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　(202) 252-2562

## Certificate of Service

I certify that the foregoing Consent Motion for Voluntary Dismissal has been served on Appellees by the Court's ECF system on this 25th day of February, 2014.

> *s/ Kenneth Adebonojo*
> KENNETH ADEBONOJO
> Assistant United States Attorney